IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,  No. C-13-2561 TEH (PR)

ORDER OF DISMISSAL

       Plaintiff Ronald Lee Canada commenced this action when he filed a two-page letter with the Court on June 6, 2013, complaining of conditions at Pelican Bay State Prison. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and that he must do so in order for his action to proceed. Doc. #2. The Clerk also notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $400.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application (Doc. #3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within twenty-eight (28) days would result in dismissal of the action. Doc. ## 2 & 3.

       The deadline to file the complaint has passed, and Plaintiff has not filed a complaint nor an IFP application. This

action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint, complete an IFP application or pay the filing fee.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  *07/17/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Canada 13-2561-dismiss comp.wpd

**2**