IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,                    No. C-13-2561 TEH (PR)

ORDER OF DISMISSAL

_____/

      Plaintiff Ronald Lee Canada commenced this action when he filed a two-page letter with the Court on June 6, 2013, complaining of conditions at Pelican Bay State Prison.  Doc. #1.  The Court cannot act on informal letters, documents, narratives, requests, etc.  Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and that he must do so in order for his action to proceed.  Doc. #2.  The Clerk also notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $400.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> (IFP) application (Doc. #3).  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within twenty-eight (28) days would result in dismissal of the action.  Doc. ## 2 & 3.

      The deadline to file the complaint has passed, and Plaintiff has not filed a complaint nor an IFP application.  This

action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint, complete an IFP application or pay the filing fee.

      The Clerk shall terminate all pending motions as moot and close the file.

      IT IS SO ORDERED.

DATED   *07/17/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Canada 13-2561-dismiss comp.wpd